

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A**.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

# O R D E R

On December 2, 2014, appellant filed a motion to confirm that his brief was timely filed on December 1, 2014, explaining a problem encountered in the filing with the electronic service provider. It is ORDERED that appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court